JONATHAN E. NUECHTERLEIN
General Counsel

DOTAN WEINMAN
NY Bar No. 4398657,
dweinman@ftc.gov
RHONDA PERKINS
VA Bar No. 75300, rperkins @ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-3049 (Weinman)
202-326-3222 (Perkins)
202-326-3395 (Fax)

STACY R. PROCTER (Local Counsel)
CA Bar No. 221078, sprocter@ftc.gov
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
310-824-4343
310-824-4380 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

JULIAS STEWART
CA Bar. No. 237239
STEWART-REED LAW GROUP INC.
22130 Clarendon St.
Woodland Hills, CA 91367
818- 264-4888
949- 284-4013 (Fax)
SRLG@StewartReedLaw.com
Counsel for Defendants Maria Bernal
and Fermin Campos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TIME CREDIT SOLUTION, CORP, *et al.*,<br><br>Defendants. | Case No. CV15-01921 DDP (PJWx)<br><br>ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER AND CONTINUING THE PRELIMINARY INJUNCTION SHOW CAUSE HEARING AS TO DEFENDANTS MARIA BERNAL AND FERMIN CAMPOS |

Defendants Maria Bernal and Fermin Campos, through their counsel Julias Stewart, have requested that Plaintiff Federal Trade Commission ("Commission')

1

stipulate to continue the preliminary injunction show cause hearing as to them, which the Court has scheduled for March 26, 2015 at 3:00 p.m. Defendants Bernal and Campos have also requested that the Commission agree to reschedule their respective depositions, which were noticed for March 23, 2015.

The Commission's agreement to the requests of Defendants Bernal and Campos is expressly premised upon the truthfulness, accuracy, and completeness of Defendants Bernal and Campos' sworn financial statements, which Defendants Bernal and Campos signed under penalty of perjury, and delivered to Commission counsel, on March 22, 2015. These statements include:

1. Maria Bernal's Financial Statement of Individual Defendant (Filled Attachment A to the Temporary Restraining Order)
2. Fermin Campos' Financial Statement of Individual Defendant (Filled Attachment A to the Temporary Restraining Order)
3. Maria Bernal's Statement as to the Funds Used to Pay Her Counsel and the Funds Used to Finance Her March 2015 Travel
4. Fermin Campos' Statement as to the Funds Used to Pay His Counsel

Finding good cause, **IT IS ORDERED** that the relief requested in the Stipulation is **GRANTED**. The preliminary injunction show cause hearing as to Defendants Bernal and Campos is continued to April 16, 2015 at 11:00 a.m.

**IT IS FURTHER ORDERED** that:
1. Any opposition to the issuance of a preliminary injunction must be filed with the Court, and served by email on the Commission, by Defendants Bernal and Campos, no later than seven (7) days prior to the date of the preliminary injunction show cause hearing.
2. The Commission may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court, and serve the

same via email on Defendants Bernal and Campos, no later than 5:00 p.m. on the day prior to the preliminary injunction show cause hearing.

**IT IS FURTHER ORDERED** that the depositions of Defendants Bernal and Campos shall be held on April 14, 2015, at the office of the Temporary Receiver, with Campos' deposition commencing at 8:00 a.m. and Bernal's deposition commencing at 1:00 p.m. Commission counsel may reschedule these depositions if they deem such rescheduling necessary.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order, which the Court entered on March 16, 2015, is hereby extended and remain in full force as to Defendants Bernal and Campos, through the conclusion of the preliminary injunction show cause hearing as to these Defendants.

**IT IS SO ORDERED**

DATED: March 27, 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3