JONATHAN E. NUECHTERLEIN
General Counsel

DOTAN WEINMAN
NY Bar No. 4398657,
dweinman@ftc.gov
RHONDA PERKINS
VA Bar No. 75300, rperkins @ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580
202-326-3049 (Weinman)
202-326-3222 (Perkins)
202-326-3395 (Fax)

STACY R. PROCTER (Local Counsel)
CA Bar No. 221078, sprocter@ftc.gov
Federal Trade Commission
10877 Wilshire Blvd., Suite 700
Los Angeles, CA 90024
310-824-4343
310-824-4380 (Fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

JIMENA PEREZ_____
*Pro Se* Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TIME CREDIT SOLUTION, CORP, *et al.*,<br><br>Defendants. | Case No. CV15-01921 DDP (PJWx)<br><br>ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER AND CONTINUING THE PRELIMINARY INJUNCTION SHOW CAUSE HEARING AS TO DEFENDANT JIMENA PEREZ |

The Commission and Defendant Jimena Perez have stipulated to continue:

(1) the preliminary injunction show cause hearing as to Defendant Perez, currently

1

scheduled for March 26, 2015; (2) the deposition of Defendant Perez; and (3) the Temporary Restraining Order.

Finding good cause, **IT IS ORDERED** that the relief requested in the Stipulation is **GRANTED**. The preliminary injunction show cause hearing as to Defendant Perez is continued to April 16, 2015 at 11:00 a.m.

**IT IS FURTHER ORDERED** that:

1. Any opposition to the issuance of a preliminary injunction must be filed with the Court, and served by email on the Commission, by Defendant Perez, no later than seven (7) days prior to the date of the preliminary injunction show cause hearing.

2. The Commission may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court, and serve the same via email on Defendant Perez, no later than 5:00 p.m. on the day prior to the preliminary injunction show cause hearing.

**IT IS FURTHER ORDERED** that the deposition of Defendant Perez shall be held on April 13, 2015, at the office of the Temporary Receiver, commencing at 8:00 a.m. Commission counsel may reschedule the deposition if they deem such rescheduling necessary.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order, which the Court entered on March 16, 2015, is hereby extended and remain in full force as to Defendant Perez, through the conclusion of the preliminary injunction show cause hearing as to this Defendant.

**IT IS SO ORDERED**

DATED: March 27, 2015

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2